No. 450. MORRIS & Co. ET AL. *v.* SKANDINAVIA INSUR- ANCE Co. October 22, 1928. Petition for writ of certio- rari to the Circuit Court of Appeals for the Fifth Circuit

granted. *Messrs. John M. Lee, Marcellus Green, Garner Wynn Green,* and *Chalmers Potter* for petitioners. *Messrs. T. Catesby Jones, Palmer Pillans,* and *Oscar Houston* for respondent.